UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

LARTHA STARKS,

    Plaintiff,

v.

MAXIMUS HEALTH SERVICES, INC., JOSHUA NIELSEN, individually, and NORA KYLE, individually,

    Defendants.

Civil Case No.:
6:19-cv-06805(MAT)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Maximus Health Services, Inc. states that it is wholly owned by Maximus, Inc, and that the following publicly traded corporations own ten percent (10%) or more of Maximus, Inc.'s stock:  The Vanguard Group and BlackRock, Inc.

Dated: December 11, 2019

*ATTORNEYS FOR DEFENDANTS MAXIMUS HEALHT SERVICES, INC., JOSHUA NIELSEN AND NORA KEANE-YANCEY*

By: */s/ Christopher J. Stevens*
    Christopher J. Stevens, Esq.
    JACKSON LEWIS P.C.
    677 Broadway, 9th Floor
    Albany, NY 12207
    T: 518-512-8700
    christopher.stevens@jacksonlewis.com

**CERTIFICATION OF SERVICE**

I hereby certify that on December 11, 2019 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Christopher J. Stevens*
Christopher J. Stevens