UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LARTHA STARKS,

                Plaintiff,

                19-CV-6805 (CJS)

-vs-

                ORDER

MAXIMUS HEALTH SERVICES, INC.,
*et al.*,

                Defendant.

---

    The Honorable Mark W. Pedersen, United States Magistrate Judge, having issued a Report and Recommendation (Docket No. [#38]) on March 24, 2021, recommending that Plaintiff's action should be dismissed with prejudice for failure to prosecute, and no objections having been filed although the time for filing objections has passed, it is hereby

    ORDERED, that the Report and Recommendation [#38] dismissing this action with prejudice is affirmed and adopted in all respects. The Clerk of the Court is directed to close this action.

Dated:    April 12, 2021
            Rochester, New York

                                        /s/ Charles J. Siragusa
                                        CHARLES J. SIRAGUSA
                                        United States District Judge